IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JERRY DEWAYNE WALKER,** )<br>     **ID # 10086765,** )<br>          Plaintiff, )<br>vs. )<br> )<br>**C. ROSS, et al.,** )<br>          Defendants. ) | No. 3:11-CV-0167-O-BH |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ACCEPTED** as the Findings and Conclusions of the Court. By separate order, the Court will order that this case be stayed.

**SO ORDERED** on this **1st** day of **June, 2011**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE